## Case No. 12,534.

SCOTT et al. v. HOME INS. CO.

[The case reported under above title in 1 Ins. Law J. 750, is the same as Case No. 12,533.]